27 So.2d 700

### Ralph B. LINGO v. GULF LIFE IN-SURANCE CO.

4 Div. 434.

Supreme Court of Alabama.

Oct. 31, 1946.

Archie I. Grubb, of Eufaula, for petitioner.

A. M. McDowell, of Eufaula, opposed.

GARDNER, Chief Justice.

Petition of Ralph B. Lingo for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Lingo v. Gulf Life Ins. Co., 27 So.2d 697.

Writ denied.

FOSTER, LAWSON, and STAKELY, JJ., concur.